# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

JACOB RODRIGUEZ,

    Plaintiff,

vs.                                          CIV 17-0576 JCH/KBM

PEAK PRESSURE CONTROL, LLC, &
NINE ENERGY SERVICES, LLC,

    Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed her Proposed Findings and Recommended Disposition on June 5, 2018 *(Doc. 37).* The proposed findings notify the parties of their ability to file objections within fourteen (14) days and that failure to do so waives appellate review. To-date, no objections have been filed and there is nothing in the record indicating that the proposed findings were not delivered.

Wherefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Magistrate Judge's Proposed Findings and Recommended Disposition *(Doc. 37)* is **adopted**;

2. Plaintiff's Corrected Motion to Extend Scheduling Order Deadlines and for Leave to File Second Amended Complaint (*Doc. 25*) is **granted in part and denied in part**;

3. Plaintiff's request for leave to file his Second Amended Complaint is **denied**;

4. Plaintiff's request for additional time to conduct class certification discovery is **denied**; and,

5. The parties shall submit a provisional discovery plan on any additional needed discovery within 30 days of the Court's order on class certification.

_____
UNITED STATES DISTRICT JUDGE